FILED
December 15, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002286733

RUSSELL D. GREER
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 3051
MODESTO, CALIFORNIA 95353-3051
TELEPHONE (209) 576-1954

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:

EDWIN R. RODRIGUEZ

Debtor(s).

Case No.: 09-45583
D.C. No.: RDG-1

CHAPTER 13

MOTION FOR ORDER OF DISMISSAL PURSUANT TO 11 U.S.C. SECTION 1307

DATE: January 25, 2010
TIME: 9:30 AM
DEPT.: A

**TO THE DEBTOR(S) AND HIS/HER ATTORNEY:**

**YOU AND EACH OF YOU** are hereby notified that at 9:30 AM on January 25, 2010, in Courtroom 28, Seventh Floor, of the U.S. Bankruptcy Court, 501 I Street, Sacramento, California, Russell D. Greer, Chapter 13 Standing Trustee, will move for an Order of Dismissal of the above-referenced case pursuant to Section 1307 of the Bankruptcy Code for the following reason(s):

__X__ 1. Unreasonable delay by the debtor(s) that is prejudicial to creditors. [§1307(c)(1)]

____ 2. Payments to the Trustee are not current under the debtor(s) proposed plan. [§1307(c)(4)]

____ 3. Payments to the Trustee are not current under the debtor(s) confirmed plan. [§1307(c)(6)]

__X__ 4. Cause: Failure to file the following documents required to be filed under the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, or the Court's Local Rules or General Orders: Chapter 13 Plan; Means Test-Form 22C; Schedules A-J; Statement of Financial Affairs; Statistical Summary; Summary of Schedules; Class one and Domestic Support Obligation Checklists, if required.

**WHEREFORE**, the Trustee requests that the Court enter an Order of Dismissal of this Chapter 13 case.

Dated: December 10, 2009

/s/ RUSSELL D. GREER
RUSSELL D. GREER,
CHAPTER 13 STANDING TRUSTEE